```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

ALAN SHERDAN and KANDEE SHERDAN,

    Plaintiffs,

v.                    Case No: 2:17-cv-671-FtM-99MRM

IBERIABANK,

    Defendant.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #9) filed on January 16, 2018. No answer or motion for summary judgment has been filed by defendant. Therefore, a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of January, 2018.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record